AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 10, 2026**

SEAN F. McAVOY, CLERK

CHRISTOPHER D WOOD

)
)
*Plaintiff*                                             )
)
v.                                                     )
MULTNOMAH COUNTY SHERIFF'S DEPT., SHERIFF               )
NICOLE M. O'DONEELL, CLARK                              )
COUNTY SHERIFF'S OFFICE, and SHERIFF JOHN
HORSCH
*Defendant*

Civil Action No.   4:26-cv-05021-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   This action is DISMISSED WITHOUT PREJUDICE pursuant to LCivR 41(b)(2).

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge      Edward F. Shea _____

Date:   6/10/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*